IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOSEPH DEVLIN                                                                                          PETITIONER
Reg. #06990-028

v.                                       2:23-cv-00045-JM-JJV

C. EDGE, Acting Warden,
Federal Correctional Institution – Forrest City Low                         RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's Objections. The Court has thoroughly reviewed the record in this case and Mr. Devlin's objection to the Proposed Findings and Recommended Disposition. The Court finds that Mr. Devlin's petition should be dismissed without prejudice for his failure to exhaust the Administrative Remedy Program.

IT IS, THEREFORE, ORDERED that the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice.

Dated this 26th day of June, 2023.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE