# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

JOSEPH DEVLIN  PETITIONER
Reg. #06990-028

v.  2:23-cv-00045-JM-JJV

C. EDGE, Acting Warden,
Federal Correctional Institution – Forrest City Low  RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

Dated this 26th day of June, 2023.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE